**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jaylar Tassmall BYERS, Defendant—**
**Appellant.**

**No. 08–7941.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 21, 2009.

Decided: May 27, 2009.

Jaylar Tassmall Byers, Appellant Pro
Se. Amy E. Ray, Assistant United States
Attorney, Asheville, North Carolina, for
Appellee.

Before MOTZ, TRAXLER, and AGEE,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Jaylar Tassmall Byers appeals the dis-
trict court's order denying his motion for a
reduction of sentence pursuant to 18
U.S.C. § 3582(c) (2006). We have re-
viewed the record and find no reversible
error. Accordingly, we affirm on the rea-
soning of the district court. *United States
v. Byers*, No. 3:00–cr–00137–FDW–6
(W.D.N.C. Sept. 5, 2008). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*